BEFORE THE THIRD DIVISION, AUGUST 14, 1958

**No. 62295.**—Book of the Month Club, Inc. *v.* United States, protest 280496–K (New York).

Opinion by JOHNSON, J. It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra*. In view of the stipulation and following Abstract 57104, the claim of the plaintiff was sustained.

**No. 62296.**—Quon Hing Co. *v.* United States, protest 309963–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained.

**No. 62297.**—International Packers, Ltd. *v.* United States, protests 312630–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

AUGUST 12, 1958

**No. 62298.**—Pheoll Manufacturing Company *v.* United States, protests 208755–K and 213222–K.-—C. D. 1987. Plaintiff's application for rehearing denied.